**RECOMMENDATION TERMINATING
PROBATION PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:04CR00108-01** |
| | ) | |
| **Isaac James WALKER, JR.** | ) | |
| | ) | |

## LEGAL HISTORY:

On October 5, 2004,  the above-named was placed on probation for a period of 3 years. Special conditions included a requirement for 365 days of home detention. He paid $356,111.00 restitution prior to sentencing in this matter.

## SUMMARY OF COMPLIANCE:

He has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Walker has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that probation in this case be terminated early.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ RECOMMENDATION.MRG

Re:     **Isaac James WALKER, Jr.**
        **Docket Number:   2:04CR00108-01**
        **RECOMMENDATION TERMINATING**
        <u>**PROBATION PRIOR TO EXPIRATION DATE**</u>


Dated:          November 16, 2006
                Elk Grove, California
                DAS/cj


cc:     AUSA Daniel S. Linhardt (Pursuant to Rule 32, notice of proposed relief to the probationer is
        being provided.  If no objection is received from you within 14 days, the probation officer's
        Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted
        to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**               )
                                           )
                          **vs.**          )        **Docket Number:  2:04CR00108-01**
                                           )
**Isaac James WALKER, Jr.**                )
                                           )

On October 5, 2004, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. He has been supervised by the Central District of California and he has completed 24 months of a 36 month term of probation.  His restitution ordered of $356,211.00 has been paid in full.   It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:          December 7, 2006
                Elk Grove, California
                DAS/cj

Rev. 05/2006
EARLY TERMINATION ~ RECOMMENDATION.MRG

Re:     **Isaac James WALKER, Jr.**
        **Docket Number:   2:04CR00108-01**
        **ORDER TERMINATING PROBATION**
        <u>**PRIOR TO EXPIRATION DATE**</u>

---

**ORDER OF COURT**

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 December 8, 2006
**Date**

        **Lawrence K. Karlton**
        **Senior United States District Judge**


Attachment:    Recommendation
cc:      United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ RECOMMENDATION.MRG